JUDGE KENDALL
MAGISTRATE JUDGE HARJANI

RECEIVED
9/6/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:22-CV-4748

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TYRESE CRAWFORD )
(Full name under which convicted) )
PETITIONER )
 )
M20778 )
(Prisoner Number) )
 )
vs. )
 )
CHARLES TRUITT )
(Warden, superintendent, or authorized )
person having custody of petitioner) )
RESPONDENT, and )
 )
**(Fill in the following blank only if** )
**judgment attacked imposes a sentence** )
**to commence in the future.)** )
 )
ATTORNEY GENERAL OF THE )
STATE OF )
_____ )
(State where judgment entered) )

SCANNED AT STATEVILLE CC and E-mailed
9-7-22 by JE 13 pages
date    initials   No.

Case Number: _____
(Supplied by Clerk of this Court)

Case Number of State Court Conviction:
08-CR 5781

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:
   COOK COUNTY, 16501 KEDZIE AVENUE Suite 220, MARHAM, Illinois. 60428 (MARKHAM Courthouse 6TH DIST)

2. Date of judgment of conviction:
   April 26, 2011

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   First Degree Murder, Arm Robbery
   (3 counts)          (13 counts)

4. Sentence(s) imposed:
   46 years (40 MURDER) (6 ARM ROBBERY)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PC13

1

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. What was your plea? (Check one)  ☑ Not guilty   ☐ Guilty   ☐ Nolo contendere
   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):          ☑ Jury     ☐ Judge only
2. Did you testify at trial?            ☐ Yes      ☑ No
3. Did you appeal from the conviction or the sentence imposed?   ☑ Yes   ☐ No

   (A) If you appealed, give the
   
   (1) Name of court: _First District Sixth Division # 1-11-1345_
   
   (2) Result: _DENIED_
   
   (3) Date of ruling: _SEPTEMBER 20, 2013_
   
   (4) Issues raised: _Trial Court erred when he commented during Jury deliberation thereby coercing the Jury into rendering its guilty verdict_

   (B) If you did not appeal, explain briefly why not: _N/A_

4. Did you appeal, or seek leave to appeal, to the highest state court?   ☑ Yes   ☐ No

   (A) If yes, give the
   
   (1) Result: _DENIED_
   
   (2) Date of ruling: _JANUARY 29, 2014_
   
   (3) Issues raised: _Trial Court erred when he commented during Jury deliberation thereby coercing the Jury into rendering its guilty verdict._

   (B) If you did not appeal, explain briefly why not: _N/A_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. Did you petition the United States Supreme Court for a writ of *certiorari*?
   ☐ Yes    ☒ No

   If yes, give (A) date of petition: __N/A__

   (B) Date *certiorari* was denied: __N/A__    **PART II – COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?
   ☒ Yes    ☐ No

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: __MARKHAM COURT HOUSE (COOK COUNTY)__

   B. Date of filing: __OCTOBER 28, 2014__

   C. Issues raised: __INEFFECTIVE ASSISTANCE OF COUNSEL, ACTUAL INNOCENCE__

   D. Did you receive an evidentiary hearing on your petition?    ☒ Yes    ☐ No

   E. What was the court's ruling? __DENIED__

   F. Date of court's ruling: __OCTOBER 10, 2020__

   G. Did you appeal from the ruling on your petition?    ☒ Yes    ☐ No

   H. (a) If yes, (1) what was the result? __AFFIRMED # 1-20-1310__

      (2) date of decision: __DECEMBER 23, 2021__

      (b) If no, explain briefly why not: __N/A__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1. Did you appeal, or seek leave to appeal this decision to the highest state court?

    ☑ Yes  ☐ No

    (a) If yes, (1) what was the result? __DENIED LEAVE__

    (2) date of decision: __MAY 25, 2022__

    (b) If no, explain briefly why not: __N/A__

    __N/A__

    __N/A__

    __N/A__

    __N/A__

    __N/A__

    __N/A__

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?

    ☐ Yes  ☑ No

    A. If yes, give the following information with respect to each proceeding (use additional sheets if necessary):

    1. Nature of proceeding __N/A__
    2. Date petition filed __N/A__
    3. Ruling on the petition __N/A__
    4. Date of ruling __N/A__
    5. If you appealed, what was the ruling on the appeal? __N/A__
    6. Date of ruling on appeal __N/A__
    7. If there was a further appeal, what was the ruling? __N/A__
    8. Date of ruling on appeal __N/A__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**? ☐ Yes ☑ No

    A. If yes, give name of court, case title and case number: __N/A__
    __N/A__

    B. Did the court rule on your petition? If so, state

        (1) Ruling: __N/A__

        (2) Date: __N/A__

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition? ☐ Yes ☑ No
    If yes, explain: __N/A__
    __N/A__
    __N/A__
    __N/A__
    __N/A__
    __N/A__
    __N/A__
    __N/A__

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

    **BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

    (A) Ground one __ACTUAL INNOCENCE__
    Supporting facts (tell your story briefly without citing cases or law):

    __I was falsely accused, indicted and found guilty of a crime I had absolutely nothing to do with__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The state summoned only one witness who never testified in open court that I was the person she seen shoot and cause the death of Johnny Frazier, (See attached) Co-defendant - Tony Benson subsequently came forward & testified I wasn't involved and He did the crime shortly after I was dropped off, and I'm currently being in custody in violation of the due process of law and equal protections guaranteed under the 14th amendment. I've maintained my innocence but was unable to obtain the proof from my co-defendant and having obtained the newly discovered evidence / Affidavit from _____, I believe that the outcome would have been different. There was no in court identification (See: Attached Exhibit # evidentiary hearing transcripts-R _____) petitioner - Tyreese Crawford was wrongfully convicted and ask the court to just examine the record and the court will see that the state merely suggested identification via photographic presentments but not once did the witness testify she seen me shoot and kill anyone. The petitioner is being held in custody in violation of the constitution, laws and treaties of the United States of America. Via the 4th, 5th, 6th, & 14th amendments. And request immediate release.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(D) Ground four _____
    Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

    ☑ Yes ☐ No

3. If you answered **"NO"** to question (2), state briefly what grounds were not so presented and why not:

    N/A
    N/A
    N/A

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  _DAVID WIENER_
(B) At arraignment and plea  _N/A_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(C) At trial  DAVID WIENER
(D) At sentencing  DAVID WIENER
(E) On appeal
(F) In any post-conviction proceeding  LOVEY AND LOVEY KARL LEONARD, LINDSAY HAGY, LAUREN MYER
(G) Other (state):  N/A

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

☐ Yes  ☒ No

Name and location of the court which imposed the sentence:  N/A
N/A

Date and length of sentence to be served in the future  N/A

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
(Date)

PRO SE TYREESE CRAWFORD
Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
(Signature of petitioner)

_____
(I.D. Number)

_____
_____
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]