IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Tyrese Crawford (M20778), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 22 C 4748 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| Charles Truitt, Warden, | ) | |
| Stateville Correctional Center | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Respondent has until October 28, 2022, to respond to Petitioner Tyrese Crawford's habeas corpus petition [1]. Crawford's reply is due December 2, 2022. Because the Court received Crawford's $5.00 filing fee, the Clerk is directed to file his petition [1].

## STATEMENT

Petitioner Tyrese Crawford, a state prisoner incarcerated at Stateville Correctional Center, initiated this 28 U.S.C. § 2254 habeas corpus petition *pro se* challenging his convictions of first-degree murder and armed robbery. (Dkt. 1.) He states he is actually innocent and has new evidence presumably from his co-defendant demonstrating Crawford's lack of involvement in the offense.[1] (*Id.* at 5–6.) Because Crawford has now paid the $5.00 filing fee, the Court screens his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Rule 4 requires a federal court to examine the petition and supporting exhibits and dismiss it if it "plainly appears" that the petitioner is not entitled to relief. *See* Rule 4. If the petition is not dismissed, the court orders the respondent to answer or otherwise file a response. *Id.* Crawford's § 2254 petition does not plainly appear to be without merit, and thus, Respondent is ordered to respond.

Crawford must file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Any filing sent directly to a judge or that otherwise fails to comply with these instructions may be disregarded by the Court or returned to him.

Date: 9/30/2022                                                                 /s/Virginia M. Kendall
                                                                                         United States District Judge

---

[1] The Court notes that, although Crawford references one or more attachment, (Dkt. 1, pg. 6), he did not include any exhibit with his petition.