MBH
10-21-2022

MR. TYREESE CRAWFORD
REG. No# M 20778
CASE No. 1:22-CV-04748

**FILED**

OCT 21 2022 JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: AMENDED FEDERAL HABEAS CORPUS APPLICATION / COPIES

Hon. CLERK: MR. THOMAS G. BRUTON

To WHOM IT MAY CONCERN, I'M WRITING TO YOU BECAUSE PER COURT ORDER              , I WAS INSTRUCTED TO FILE A AMENDED FEDERAL HABEAS CORPUS application AND ALSO FOWARD AN ADDITIONAL $5.00 Filing FEE DUE TO "DUPLICATIVE Filing", WHICH I HAD NO IDEA WAS DONE. I'M WRITING BECAUSE I'M indigent AND WASN'T ABLE TO PAY FOR ADDITIONAL COPIES, AND ENCLOSED IS THE MOTION TO AMEND THE PREVIOUS FEDERAL HABEAS applications AND TO PROCEED WITH THE ONE ENCLOSED. The $5.00 Filing FEE HAS ALREADY BEEN FOWARDED. AND I ASK THAT IF ANY ADDITIONAL COPIES ARE REQUIRED CAN YOU PLEASE PROVIDE THEM FOR ME, I'VE ALREADY FOWARDED THE OPPOSING PARTY (ATTORNEY GENERAL) A COPY.    SINCERELY & RESPECTFULLY

Tyreese Crawford