IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
OCT 21 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA ex rel.
TYREESE CRAWFORD
      petitioner,
vs.
CHARLES TRUITT,
    Warden,
      Respondent.

No. 22 C 5145
Hon. Virginia M. Kendall
Judge presiding.

## MOTION TO AMEND PETITION FOR WRIT OF HABEAS CORPUS 28 U.S.C 2254, CASE #22 C 4748.

Comes now petitioner, Tyreese Crawford, pro se, pursuant to court order 9-27-2022 dismissing petitioners habeas corpus action on its own motion as duplicative Crawford v. Truitt case no. 22 C 4748 (N.D Ill.). Advising petitioner to amend said petition.

1. In support thereof, it is stated petitioner-Tyreese Crawford is a layman and without knowledge of the law and never gave Kiar Brown authorization to file anything on behalf of petitioner. Petitioner met Mr. Brown in the law library whom i gave a copy of my petition for post conviction to read. Subsequently Mr. Brown went to segregation and as a result was transfered.

2. Petitioner-Tyreese Crawford, was told by paralegal at the law library that I needed to file my petition for habeas corpus pursuant to 28 U.S.C 2254 before my 1 year expired which i did, and to have my petition dismissed for something i had absolutely nothing to do with is unfair.

1.

3. Petitioner-Tyreese Crawford, is being held in custody in violation of laws and Treaties of the United States, and is <u>actually innocent</u>. The petitioner Tendered a petition for writ of habeas corpus under 28 U.S.C 2254, and paid the filing fee which was docketed and issued a No.# 22 C 5145. on time. The duplicative filing was not in anyway my doing, and I pray your Honor allows the enclosed Amended petition to Reflect Such. because (AEDPA) requires the filing of only one petition under the Act. Which I presume is the reason for the courts order. <u>Lindh v. Murphy</u>, 96 F.3d 856, 866 (1994).

WHEREFORE, petitioner-Tyreese Crawford, prays that this honorable court allows the enclosed amended petition for Habeas Corpus petition to be processed as the filing fee has been forwarded for a second time for case no. 22 C 5145 pursuant to the courts order.

Respectfully Submitted

Tyreese Crawford

TYREESE CRAWFORD M-20798
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434-0112

I, Tyreese Crawford do hereby affirm under penalty of perjury that the foregoing document is true and correct to the best of my knowledge.

SUBSCRIBED and SWORN to before me this 13 day of October, 2022
/s/ Janis R Garrison-Elmore
NOTARY PUBLIC

OFFICIAL SEAL
JANIS R GARRISON-ELMORE
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 11/04/2024

2.

M... Crawford M20778
Post Box 112
Joliet, Illinois. 60434

To: The Clerk of The U.S. district court
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

Legal mail

Prisoner Correspondence


10/21/2022-13