[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**AMENDED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
OCT 21 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TYREESE CRAWFORD
(Full name under which convicted)
PETITIONER

M20778
(Prisoner number)

CASE NO: _____
(Supplied by Clerk of this Court)

vs.

CHARLES TRUITT
(Warden, Superintendent, or authorized person having custody of petitioner)
RESPONDENT, and

(Fill in the following blank **only** if judgment attacked imposes a sentence to commence in the future)

ATTORNEY GENERAL OF THE STATE OF

KWAME RAOUL
(State where judgment entered)

Case Number of State Court Conviction:

08-CR 5781

## PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered:

   Cook County, 16501 Kedzie Avenue Suite 220 Markham, Illinois. 60428 (Markham courthouse 6th district)

2. Date of judgment of conviction:

   April 26, 2011

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

   First Degree Murder, Arm Robbery
   (3 counts)       (13 counts)

4. Sentence(s) imposed:
   46 years (40 Murder), (6 Arm Robbery)

5. What was your plea? (Check one)   (A) Not guilty    (✓)
                                      (B) Guilty        ( )
                                      (C) Nolo contendere ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:
   N/A

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**PART I – TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):  Jury (✓)  Judge only ( )

2. Did you testify at trial?  YES ( )  NO (✓)

3. Did you appeal from the conviction or the sentence imposed? YES ( ) NO ( )

   (A) If you appealed, give the

   (1) Name of court: First District, Sixth Division #1-11-1345

   (2) Result: DENIED / AFFIRMED

   (3) Date of ruling: SEPTEMBER 20, 2013

   (4) Issues raised: Trial court erred when He commented during Jury deliberation thereby coercing The Jury into rendering its guilty Verdict

   (B) If you did not appeal, explain briefly why not:

   N/A

4. Did you appeal, or seek leave to appeal, to the highest state court? YES (✓)  NO ( )

   (A) If yes, give the

   (1) Result: DENIED LEAVE TO APPEAL

   (2) Date of ruling: JANUARY 29, 2014

   (3) Issues raised: Trial court erred when he Commented during Jury Deliberation Thereby coercing the Jury into Rendering its guilty Verdict

   (B) If no, why not: N/A

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( )  No (✓)

   If yes, give (A) date of petition: N/A  (B) date *certiorari* was denied: N/A

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

    YES (✓)  NO ( )

    With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

    A. Name of court: MARKHAM Courthouse (Cook County)
    B. Date of filing: October 28, 2014
    C. Issues raised: Ineffective Assistance of trial Counselor
       Actual Innocence

    D. Did you receive an evidentiary hearing on your petition?    YES (✓)  NO ( )
    E. What was the court's ruling?  DENIED
    F. Date of court's ruling:  October 10, 2010
    G. Did you appeal from the ruling on your petition?    YES (✓)  NO ( )
    H. (a)  If yes, (1) what was the result? AFFIRMED #1-20-1310
            (2) date of decision: December 23, 2021
       (b)  If no, explain briefly why not:  N/A

    I. Did you appeal, or seek leave to appeal this decision to the highest state court?

       YES (✓)  NO ( )

       (a)  If yes, (1) what was the result? DENIED LEAVE TO APPEAL
            (2) date of decision: MAY 25, 2022
       (b)  If no, explain briefly why not:

    N/A
    N/A
    N/A
    N/A
    N/A
    N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (✓)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

     1. Nature of proceeding    N/A
     2. Date petition filed    N/A
     3. Ruling on the petition    N/A
     4. Date of ruling    N/A
     5. If you appealed, what was the ruling on appeal?    N/A
     6. Date of ruling on appeal    N/A
     7. If there was a further appeal, what was the ruling?    _____
     8. Date of ruling on appeal    N/A

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (✓)

   A. If yes, give name of court, case title and case number:   N/A
   N/A

   B. Did the court rule on your petition? If so, state

     (1) Ruling:    N/A
     (2) Date:    N/A

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )   NO (✓)

If yes, explain:

N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

4

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  ACTUAL INNOCENCE
Supporting facts (tell your story briefly without citing cases or law):

I WAS FALSELY ACCUSED/INDICTED AND FOUND GUILTY OF A CRIME I HAD ABSOLUTELY NOTHING TO DO WITH. THE STATE ONLY HAD/CALLED ONE WITNESS WHO NEVER TESTIFIED IN OPEN COURT THAT I WAS THE PERSON SHE ( ) SEEN SHOOT AND CAUSE THE DEATH OF THE DECEASED — JOHNNY FRAZIER (R ), SUBSEQUENTLY CO-DEFENDANT TONY BENSON CAME FOWARD & PROVIDED AN AFFIDAVIT THAT I WASN'T WITH HIM NOR WAS I INVOLVED, AND HE COMMITTED THIS CRIME SHORTLY AFTER HE DROPPED ME OFF AT HOME. I'M CURRENTLY BEING HELD IN CUSTODY IN VIOLATION OF THE DUE PROCESS AND EQUAL PROTECTIONS GUARANTEED UNDER THE FOURTEENTH AMENDMENT. I'VE MAINTAINED MY INNOCENCE THROUGHOUT, AND I WAS UNABLE TO OBTAIN THE PROOF FROM MY CO-DEFENDANT - TONY BENSON. AND NOW HAVING OBTAINED THE NEWLY DISCOVERED EVIDENCE/AFFIDAVIT & SUBSEQUENT TRANSCRIPTS FROM THE EVIDENTIARY HEARING FROM TONY BENSON I BELIEVE THAT THE OUTCOME WOULD HAVE BEEN DIFFERENT. THERE WAS NO IN COURT IDENTIFICATION BY ANY WITNESS. (EVIDENTIARY HEARING RECORD (#R )) PETITIONER - TYREESE CRAWFORD WAS WRONGFULLY CONVICTED AND ASK THE COURT TO JUST EXAMINE THE RECORD, AND the court will see the state merely suggested identification via photographic presentments during direct examination. But she ( ) never testified she witnessed me, Tyreese Crawford kill anyone. petitioner is being held in custody in violation of the Constitution, laws and treaties of the United States of America. And request immediate Release.

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

   (C)  Ground three _____
         Supporting facts:

_____

   (D)  Ground four _____
         Supporting facts:

_____

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?
   YES (✓)  NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:
   N/A
   N/A
   N/A

6

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  DAVID WIENER

(B) At arraignment and plea  N/A

(C) At trial  DAVID WIENER

(D) At sentencing  DAVID WIENER

(E) On appeal  N/A

(F) In any postconviction proceeding  Lovey & Lovey Karl leonard, lindsay hagy, Lauren myers.

(G) Other (state):  N/A

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )  NO (✓)

Name and location of the court which imposed the sentence:  N/A

Date and length of sentence to be served in the future  N/A

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: _____
         (Date)

pro se / N/A
(Signature of attorney (if any))

I declare under penalty of perjury that the foregoing is true and correct.

TyReese Crawford
(Signature of petitioner)

M20778
(I.D. Number)

P.O. Box 112, Joliet, Illinois 60434
(Address)

7

Revised: 06/04/15

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]